CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Cris C. Vaughan, Esq., SBN 99568
Zara Bokhari, Esq., SBN 332411
VAUGHAN & ASSOCIATES LAW OFFICE, APC
6207 S. Walnut Street, Suite 800
Loomis, CA 95650
Tel: (833) 481-1245
Fax: (916) 660-9378
Email: cvaughan@adasolutionsgroup.com
zbokhari@adasolutionsgroup.com
Attorneys for Defendant
Salon Sur La Rue LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>v.<br><br>SALON SUR LA RUE LLC, a California Limited Liability Company,<br><br>　　　　Defendants. | Case No.: 3:21-cv-07488-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: January 24, 2022 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:   /s/ Amanda Seabock |
| 4 | | Amanda Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: January 24, 2022 | VAUGHAN & ASSOCIATES LAW OFFICE, APC |
| 9 | | By:   /s/ Cris C. Vaughan |
| 10 | | Cris C. Vaughan<br>Zara Bokhari |
| 11 | | Attorneys for Defendant<br>Salon Sur La Rue LLC |

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Salon Sur La Rue LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 24, 2022         CENTER FOR DISABILITY ACCESS

                                By:    /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff